FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 04 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ITSCHAK MADAR on behalf of himself and all other similarly situated consumers

        Plaintiff,

-against-

MERCANTILE ADJUSTMENT BUREAU, LLC

        Defendant.

---

Case No. 1:17-cv-05193-WFK-SMG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
      April 1, 2019

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Flemington, New Jersey
      April 1, 2019

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
Attorney for the Defendant
3 Cross Creek Drive
Flemington, New Jersey 08822
Office: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions.legal

The application is ____ granted
SO ORDERED         ✓ denied

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Apr 1, 2019
Brooklyn, New York